Freddie **DARROUGH**, Appellant,

v.

William Blake **RODGERS, MD and Spine Midwest, Inc.,** Respondents.

No. WD 75232.

Missouri Court of Appeals, Western District.

Oct. 22, 2013.

Daniel J. McMichael and Robert E. Caldwell, Jr., Kirkwood, MO, for appellant.

John L. Roark and Phebe La Mar, Columbia, MO, for respondents.

Before Division Three: LISA WHITE HARDWICK, Presiding Judge, MARK D. PFEIFFER, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

Freddie Darrough ("Darrough") appeals from the trial court's entry of judgment in accordance with the jury's verdict, which found in favor of Dr. William Blake Rodgers ("Dr. Rodgers") and Spine Midwest, Inc. ("Spine Midwest") (collectively "the Defendants"). Because we conclude that certain of Darrough's claims on appeal have not been preserved for our review and that as to her remaining claims, Darrough has either failed to establish an abuse of discretion by the trial court or prejudice as a result of the exclusion of evidence, we affirm. Rule 84.16(b).